

**COM.**

**v.**

**WHITNEY, R.**

**1864 MDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–01–CR–0000789–1997

(Adams)

Affirmed

**COM.**

**v.**

**RIVERA, S.**

**1938 MDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–22–CR–0005350–2013

(Dauphin)

Affirmed

**IN the INTEREST OF:**
**M.A.C., a Minor**

**223 MDA 2017**

Superior Court of Pennsylvania.

06/27/2017

1805 of 2015
(Lancaster)

Affirmed

**IN the INTEREST OF:**
**M.L.C., a Minor**

**224 MDA 2017**

Superior Court of Pennsylvania.

06/27/2017

1804 of 2015 (Lancaster)

Affirmed

**IN the INTEREST OF:**
**M.X.C., a Minor**

**225 MDA 2017**

Superior Court of Pennsylvania.

06/27/2017

1803 of 2015 (Lancaster)

Affirmed

